UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR:                                              Case No.: 13-25012-D

  (H) Leroy McDonald                             S.S.# XXX-XX-3127
  (W)                                            S.S.# XXX-XX-

ADDRESS: 5624 Wooddale Ave.
         Memphis TN 38115

PLAN PAYMENTS: Debtor(s) to pay: $ 587.00             (Bi-Weekly)
PAYROLL DEDUCTION: City of Memphis
               125 N Main Room 354
               Memphis TN 38103
                                              First Payment Due: 5/24/13
ADMINISTRATIVE: Pay Filing Fee, Trustee's fee, and Debtor's attorney fee, Per Court Order.
                                                                       MONTHLY
                                                                       PLAN PAYMENT
AUTO INSURANCE: (X) Not Included in Plan () Included in Plan         $
        CHILD SUPPORT:             Ongoing support through Plan to
                beginning              ,2013                      $
          Child support arrearage amount $                  $

PRIORITY CREDITORS: None                                              $

HOME MORTGAGE: If no arrearage, ongoing payments are to be made by Debtor(s).
Wells Fargo              Ongoing payments         July    ,2013  $998.74
                Approx. arrears thru June-$11,924.56  Interest    $200.00
                Ongoing payments                      ,2013  $
                Approx. arrears thru                  Interest  $

SPECIAL CLASS I: None                                                 $

| SECURED CREDITORS: | SECURED VALUE | RATE OF | |
|---|---|---|---|
| {Retain Lien 11 U.S.C. 1325(a)(5)} | OF COLLATERAL | INTEREST | |
| None | $ | % | $ |

UNSECURED CREDITORS: PAY 100% of these claims after above claims are paid:
ESTIMATED TOTAL UNSECURED. NON-PRIORITY DEBT: Approximately $ 0.00
TERMINATION: Plan shall terminate upon payment of the above approximately 60 months.

Adequate protection payments will be 1/4 (25%) of proposed creditor monthly payment.
Failure to file timely objection to confirmation will be deemed acceptance of plan.

Absent a specific court order otherwise, all claims, other than those specifically provided
for above, shall be paid as general unsecured debts. General unsecured creditors
will receive 100%.