**Dated: July 01, 2015**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| LEROY MCDONALD | |
| Debtor(s) | Case No. 13-25012-D |
| SSN(1) XXX-XX-3127 | |

ADMINISTRATIVE ORDER MODIFYING PLAN

   Comes now the Standing Chapter 13 Trustee who would show unto the Court that he has received notice that the debtor(s)' mortgage payments have been increased, and that the plan should be modified to provide for said payments.

   Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

   IT IS THEREFORE ORDERED that the ongoing mortgage payments to Wells Fargo Bank shall be increased to $1,056.60 effective with the payment for 09/01/2015 and that the debtor's plan payments will be increased accordingly.

   IT IS FURTHER ORDERED that a copy of this Motion and Order be mailed to the debtor(s) and debtor(s)' attorney of record and that the debtor(s) shall be given 10 days in which to file a written application for modification of this order.  In the absense of such application, this order shall become final.

                                                    /S/ George W. Stevenson
                                                    Chapter 13 Trustee

```
CC:    George W. Stevenson
LPT
       LEROY MCDONALD
       5624 WOODDALE AVE.
       MEMPHIS, TN  38115

       WAGES AND BENHAM ATTORNEYS

       Wells Fargo Bank
       One Home Campus
       MAC X2302 04C
       Bankruptcy Payment Processing
       Des Moines, IA  50328
```